## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
## HAMMOND DIVISION

| | |
|---|---|
| DEBRA DZIERBA, <br>    PLAINTIFF, <br><br> vs. <br><br> GLOBAL CREDIT & COLLECTION CORP., <br>    DEFENDANT. | ) <br> ) <br> ) <br> ) <br> ) Cause Number: <br> )    2 10CV 432 <br> ) |

### COMPLAINT AND DEMAND FOR JURY TRIAL - INDIVIDUAL

Plaintiff, Debra Dzierba on behalf of herself, by counsel, Michael P. McIlree, for her Complaint against the Defendant, Global Credit & Collection Corp., alleges and states as follows:

#### INTRODUCTION

**1.** This is an action for damages brought by the Plaintiff, for the Defendant's violations of the Federal FAIR DEBT COLLECTION PRACTICES ACT, 15 U.S.C. § 1692, *et seq.* (hereinafter referred to as "FDCPA") which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices.

#### JURISDICTION

**2.** This Court has jurisdiction over the claims in this matter pursuant to 15 U.S.C. § 1692.

#### PARTIES

**3.** Ms. Dzierba is an individual consumer currently residing in Porter County, Indiana.

1

**4.** Global Credit & Collection Corp. is a collection agency who conducts business and is incorporated in the State of New York.

**5.** Global Credit & Collection Corp. is a debt collector as defined by 15 U.S.C. § 1692a(6). Defendant regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another.

## FACTUAL ALLEGATIONS

**6.** Defendant, Global Credit & Collection Corp., sent a letter to Plaintiff on December 21, 2009 regarding an alleged consumer debt with Capital One. (A true and accurate copy of the letter is attached as **Exhibit A**.)

**7.** December 30, 2009 plaintiff sent dispute written pursuant to 15 U.S.C. 1692g to Defendant. (A true and accurate copy of the dispute is attached as **Exhibit B**.)

**8.** Defendant never provided verification of alleged debt pursuant to 15 U.S.C. 1692g. (A true and accurate copy of the request for verification is attached as **Exhibit C**.)

**9.** Additionally, Defendant continued communication by phone and mail with Plaintiff in violation of the FDCPA.

## VIOLATIONS OF THE FDCPA BY DEFENDANT

**10.** Defendant has violated the FDCPA.

**11.** Defendant has violated 15 U.S.C. §1692d.

**12.** Defendant has violated 15 U.S.C. §1692f.

**13.** Defendant has violated 15 U.S.C. §1692g.

WHEREFORE, Plaintiff requests that the Court enter judgment in her favor against the

Defendant for:

1. The maximum amount of statutory and actual damages provided under the FDCPA.

2. Attorney's fees, litigation expenses and costs.

3. Such other and further relief as is appropriate.

Respectfully submitted,

By *[signature]*

Michael P. McIlree

## VERIFICATION

I declare that the foregoing statements are true and accurate to the best of my knowledge.

*[signature]*

DEBRA DZIERBA, Plaintiff

**JURY DEMAND**

*[signature]*

Plaintiff demands trial by jury.

**Michael P. McIlree, #19847-45**
**Attorney at Law**
**821 E. Lincolnway, Ste. 1**
**Valparaiso, IN 46383**
**Tel: (219) 548-1800**
**Fax: (219) 548-5905**
**Attorney for Plaintiffs**

EXHIBIT A

PC Box 101928, Dept. 2417  
Birmingham, AL 35210

006025

# GLBAL
### CREDIT & COLLECTION CORP

300 International Drive  
PMB #10015  
Williamsville, NY 14221  
1-866-350-4275



December 21, 2009

| | |
|---|---|
| **Client:** | CAPITAL ONE, LLC |
| **Account Number:** | ▉▉▉▉▉▉▉▉▉▉▉ |
| **Global ID:** | ▉▉▉▉▉▉ |
| **Amount Due:** | $21399.18 |

21695*AUTO**ALL FOR AADC 460  
Debra E Dzierba  
838 Hunter Dr  
Westville IN 46391-9417

33

Dear Debra E Dzierba,

Your account has been placed with Global Credit & Collection Corp., a collection agency. This is an attempt to collect a debt. Any information obtained will be used for that purpose.

I must advise you that your account has met the criteria for possible legal action by CAPITAL ONE, LLC. To avoid potentially being sued and possibly save money resulting from attorney fees, court costs or collection fees, contact our office at the toll free number provided below.

As soon as we receive your payment in full on the above-noted account all collection activity will be stopped. All payments mailed to this office should be payable to Global Credit & Collection Corp.

Should you have any questions concerning your payment or your account, please telephone our office. Please make sure that your payment clearly identifies your name and that of CAPITAL ONE, LLC so that payment can be properly applied to your account.

Mr. Loyola  
1-866-350-4275

*Dec 30, 2009*

*I dispute the alleged. I request verification of the alleged debt.*

*Debra E Dzierba*

### SEE REVERSE SIDE FOR IMPORTANT INFORMATION.
**Detach and Return Bottom Portion with Payment**

**Pay by Credit Card**

Fill in all of the information below  
☐ VISA  ☐ MasterCard  ☐ DISCOVER  
Card #  _____  Security Code ____ Expiration Date ____  
Billing Address _____  
Signature _____  Amount Authorized $ _____

**Pay by Auto Pay Payment**

Fill in all of the information below, and we will arrange this payment free of charge  
Name of Bank _____  ☐ Checking  ☐ Savings  
Routing Number _____  Account Number _____  Payment Date _____  
Name of Account Holder _____  
Signature _____  Amount Authorized $ _____

| | |
|---|---|
| **Client:** | CAPITAL ONE, LLC |
| **Account Number:** | ▉▉▉▉▉▉▉▉▉▉▉ |
| **Global ID:** | ▉▉▉▉▉▉ |
| **Amount Due:** | $21399.18 |

OR mail in a check or money order to:

Global Credit & Collection Corp.  
300 International Drive  
PMB #10015  
Williamsville, NY 14221

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment, if any, and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice this office will provide you with the name and address of the original creditor, if different from the current creditor.

**WE ARE ACTING AS A DEBT COLLECTOR. THIS LETTER IS AN ATTEMPT TO COLLECT THIS DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

We are required under state law to give you the following notices, some of which refer to rights you also have under federal law. This list does not contain a complete list of the rights which consumers or commercial businesses have under state and federal law. Note the following which apply in the specified states:

| STATE | APPLICABLE NOTICE |
|---|---|
| California | The state Rosenthal Fair Debt Collection Practices Act and the Federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov. |
| Colorado | A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt.<br>FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE WWW.COLORADOATTORNEYGENERAL.GOV/CA. |
| Massachusetts | NOTICE OF IMPORTANT RIGHTS:<br>YOU HAVE THE RIGHT TO MAKE A WRITTEN OR ORAL REQUEST THAT TELEPHONE CALLS REGARDING YOUR DEBT MAY NOT BE MADE TO YOU AT YOUR PLACE OF EMPLOYMENT. ANY SUCH ORAL REQUEST WILL BE VALID FOR ONLY TEN DAYS UNLESS YOUR PROVIDE WRITTEN CONFIRMATION OF THE REQUEST POSTMARKED OR DELIVERED WITHIN SEVEN DAYS OF SUCH REQUEST. YOU MAY TERMINATE THIS REQUEST BY WRITING TO THE DEBT COLLECTOR.<br><br>Global Credit and Collection Corp. Office: Please contact us at the address noted on the front of this form. Office Hours: 8 a.m. – 5 p.m. EST, Monday through Friday. |
| Michigan | Michigan requires us to give the following notice, however, all consumers have these rights under federal law: The failure of a consumer to dispute the validity of a debt shall not be construed as an admission of liability by the consumer. |
| Minnesota | This collection agency is licensed by the Minnesota Department of Commerce. |
| New York | New York City Department of Consumer Affairs license numbers are - Williamsville-1210498 and Markham-1210496. In accordance with the requirements of NY Code Section 20-493.1 we are disclosing that Global Credit and Collection Corporation's contact person is Mr. Daniele DePaolis, telephone number 1-877-241-7840. |
| North Carolina | North Carolina Department of Insurance permit numbers are - Williamsville-4370 and Markham-4369. |
| Tennessee | This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance. Tenn. Code. Ann ss 62-20-111(b). |
| Washington | Global Credit & Collection Corp. licensed address in Washington is: 512 Bell Street, Edmonds, Washington 98020-3147. |
| Wisconsin | This collection agency is licensed by the Administrator of the Division of Banking, PO Box 7876, Madison, Wisconsin 53707. |

EXHIBIT B

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Global
300 International Dr
PMB #10015
Williamsville, NY 14221

**COMPLETE THIS SECTION ON**

A. Signature X REGUS 1272 MAN[A]
Received by REGUS 1272 MAN
BUFFALO NY 14221

D. Is delivery address different fro[m]
If YES, enter delivery address

3. Service Type
☐ Certified Mail  ☐ Express
☐ Registered  ☐ Return
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fe[e])

2. Article Number (Transfer from service label)
7009 2820 0000 5044 033[7]

PS Form 3811, February 2004  Domestic Return Receipt

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $0.44 | 0383 |
| Certified Fee | $2.80 | 13 Postmark Here |
| Return Receipt Fee (Endorsement Required) | $2.30 | |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $5.54 | 12/30/2009 |

Sent To Global
Street, Apt. No.; or PO Box No. 300 International Dr.
City, State, ZIP+4 Williamsville, NY 14221

PS Form 3800, August 2006

---

Dear Debra E Dzierba,

Your account has been placed with Global Credit & Collection Corp., a collection agency. This is an attempt to collect a debt. Any information obtained will be used for that purpose.

I must advise you that your account has met the criteria for possible legal action by CAPITAL ONE, LLC. To avoid potentially being sued and possibly save money resulting from attorney fees, court costs or collection fees, contact our office at the toll free number provided below.

As soon as we receive your payment in full on the above-noted account all collection activity will be stopped. All payments mailed to this office should be payable to Global Credit & Collection Corp.

Should you have any questions concerning your payment or your account, please telephone our office. Please make sure that your payment clearly identifies your name and that of CAPITAL ONE, LLC so that payment can be properly applied to your account.

Mr. Loyola
1-866-350-4275

*Dec 30, 2009*

*I dispute the alleged. I request verification of the alleged debt.*

*Debra E Dzierba*

SEE REVERSE SIDE FOR IMPORTANT INFORMATION.
**Detach and Return Bottom Portion with Payment**

---

**Pay by Credit Card**

Fill in all of the information below.
☐ VISA  ☐ MasterCard  ☐ DISCOVER
Card #_____ Security Code___ Expiration Date___
Billing Address_____
Signature_____ Amount Authorized $_____

**Pay by Auto Pay Payment**

Fill in all of the information below, and we will arrange this payment free of charge
Name of Bank_____ ☐ Checking ☐ Savings
Routing Number___ Account Number___ Payment Date___
Name of Account Holder___
Signature___ Amount Authorized $___

| Client | CAPITAL ONE, LLC |
|---|---|
| Account Number | ████████ |
| Global ID | ████████ |
| Amount Due | $21399.18 |

OR mail in a check or money order to:

Global Credit & Collection Corp.
300 International Drive
PMB #10015
Williamsville, NY 14221

# EXHIBIT C

PO Box 101928, Dept. 2417
Birmingham, AL 35210

007389



**GL**🌐**BAL**
CREDIT & COLLECTION CORP
300 International Drive
PMB #10015
Williamsville, NY 14221
1-866-350-4275



January 18, 2010

| Client: | CAPITAL ONE SERVICES, LLC |
|---|---|
| Account Number: | |
| Global ID: | |
| Amount Due: | $21579.01 |

22104*AUTO**ALL FOR AADC 460
Debra E Dzierba
838 Hunter Dr
Westville IN 46391-9417

38

**IMMEDIATE PAYMENT REQUESTED!**

Dear Debra E Dzierba,

**Since our last correspondence your account still remains unpaid. We are sending you this notice to advise you that if we are not able to resolve this situation, your account may be referred to an attorney in your area for review.**

As of today's date, we have not received payment of your outstanding account despite a prior request for payment. We will withhold collection activity for 10 days from the date of this letter during which time we expect payment in full.

Should you have any questions concerning your payment or your account, please telephone our office. Please make sure that your payment clearly identifies your name and that of CAPITAL ONE SERVICES, LLC so that payment can be properly applied to your account.

Mr. Joseph
1-866-350-4275

SEE REVERSE SIDE FOR IMPORTANT INFORMATION.
Detach and Return Bottom Portion with Payment

Pay by Credit Card

Fill in all of the information below
☐ VISA  ☐ MasterCard  ☐ DISCOVER
Card #                              Security Code  Expiration Date
Billing Address
Signature                           Amount Authorized  $

Pay by Auto Pay Payment

Fill in all of the information below, and we will arrange this payment free of charge
Name of Bank              ☐ Checking       ☐ Savings
Routing Number   Account Number           Payment Date
Name of Account Holder
Signature                                 Amount Authorized  $

| | CAPITAL ONE SERVICES, LLC |
|---|---|
| Account Number: | |
| Global ID: | |
| Amount Due: | $21579.01 |

OR mail in a check or money order to:

Global Credit & Collection Corp.
300 International Drive
PMB #10015
Williamsville, NY 14221